NUMBERS 13-06-403-CR and 13-06-404-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


STEVE SALAZAR, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________

 

On appeal from the 117th District Court


of Nueces County, Texas.


____________________________________________________________


MEMORANDUM OPINION





Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam





 Appellant, STEVE SALAZAR, attempts to appeal convictions for aggravated
assault and burglary of a habitation. The trial court has certified that each "is a plea-bargain case, and the defendant has NO right of appeal." See Tex. R. App. P.
25.2(a)(2).

 On July 19, 2006, this Court notified appellant's counsel of the trial court's
certifications and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certification.

 On February 13, 2007, counsel filed motions to dismiss the appeals with this
Court. Counsel's response does not establish (1) that the certifications currently on
file with this Court are incorrect or (2) that appellant otherwise has a right to appeal. 
The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if
the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, the appeals
are dismissed. Any pending motions are denied as moot.


 PER CURIAM


Do not publish. 

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 29th day of March, 2007.